(105 So. 430)

**CREWS v. PARISH.   (4 Div. 949.)**

(Court of Appeals of Alabama.   June 30, 1925.
Rehearing Denied Aug. 4, 1925.)

Detinue ⬿25—Judgment in detinue must assess value of each article separately.

Judgment in detinue, failing to show value of property was assessed in compliance with Code 1907, § 3781, requiring value of each article to be assessed separately, if practicable, and judgment to be for value of property or its alternate value, *held* erroneous.

Appeal from Circuit Court, Barbour County; J. S. Williams, Judge.

Action in detinue by J. E. Parish against J. A. Crews. Judgment for plaintiff, and defendant appeals. Reversed and remanded.

G. E. Jones, of Clayton, for appellant.

The verdict of the jury did not assess the value of the property. The jury in its verdict cannot adopt values by reference. The judgment is erroneous. Code 1907, § 3781; Kirkland v. Pilcher, 174 Ala. 170, 57 So. 46.

Guy W. Winn, of Clayton, for appellee.

Where the verdict of the jury is for two mules, as shown by the sheriff's return, which shows the value of the mules, the judgment of the court fixing the value is valid. Bolling v. Speller, 96 Ala. 269, 11 So. 300; Collins v. Hyslop, 11 Ala. 508; Catlin v. Gilders, 3 Ala. 536; Rhodes v. Walker, 44 Ala. 213; Owings v. Binford, 80 Ala. 421; Dollins v. Pollock, 89 Ala. 351, 7 So. 904.

RICE, J. In an action of detinue the statute (section 3781, Code 1907, this case being tried before the going into effect of the Code of 1923) requires that the value of each article of the property sued for should be assessed by the jury separately, if practicable, and that judgment against either party must be for the property sued for or its alternate value, etc. The judgment entry in this case fails to recite or show a compliance with the law, as the value of the property was not assessed.

The judgment of the Circuit Court is reversed, and the cause is remanded. Jernigan v. Willoughby, 159 Ala. 650, 48 So. 812; Jones v. Anderson, 76 Ala. 427; Johnson et al. v. McLeod, 80 Ala. 433, 2 So. 145.

Reversed and remanded.